1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00233-WBS

12                Plaintiff,              STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13       v.                               [~~PROPOSED~~] FINDINGS AND ORDER

14 FIDEL GOMEZ,                           DATE: January 7, 2019
                                          TIME: 9:00 a.m.
15                Defendant.              COURT: Hon. William B. Shubb

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.     By previous order, this matter was set for status on January 7, 2019.

21        2.     By this stipulation, defendant now moves to continue the status conference until March

22 18, 2019, and to exclude time between January 7, 2019, and March 18, 2019, under Local Code T4.

23        3.     The parties agree and stipulate, and request that the Court find the following:

24        a)     The government has represented that the discovery associated with this case

25 includes over 1,200 documents and multiple video and audio recordings. All of this discovery

26 has been either produced directly to counsel and/or made available for inspection and copying.

27        b)     Counsel for defendant desires additional time to review the discovery, conduct

28 investigation, and otherwise prepare for trial.

1          c)       Counsel for defendant believes that failure to grant the above-requested

2 continuance would deny him/her the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4          d)       The government does not object to the continuance.

5          e)       Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8          f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of January 7, 2019 to March 18,

10 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

11 T4] because it results from a continuance granted by the Court at defendant's request on the basis

12 of the Court's finding that the ends of justice served by taking such action outweigh the best

13 interest of the public and the defendant in a speedy trial.

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 7, 2019                          McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ CAMERON L. DESMOND
                                                 CAMERON L. DESMOND
                                                 Assistant United States Attorney


Dated:  January 7, 2019                          /s/ Arturo Hernandez
                                                 Arturo Hernandez
                                                 Counsel for Defendant
                                                 FIDEL GOMEZ




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE