McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FIDEL GOMEZ,

Defendant.

CASE NO. 2:18-CR-00233-WBS

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
[~~PROPOSED~~] FINDINGS AND ORDER

DATE: March 18, 2019
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 18, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until April 15, 2019 at 9:00 a.m., and to exclude time between March 18, 2019, and April 15, 2019 at 9:00 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 1,200 documents and multiple video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review the discovery, conduct

investigation, and otherwise prepare for trial.

     c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)     The government does not object to the continuance.

     e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2019 to April 15, 2019 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 13, 2019                              McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
                                                   Assistant United States Attorney


Dated:  March 13, 2019                              /s/ Arturo Hernandez
                                                   Arturo Hernandez
                                                   Counsel for Defendant
                                                   FIDEL GOMEZ


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 14, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE