UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 28, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
v. )
                 )
FIDEL GOMEZ, JR., )
                Defendant. )
_____ )

Case No. 2:18-cr-00233-WBS

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, FIDEL GOMEZ, JR., Case No. 2:18-cr-00233-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: <u>$All available equity in the three subject properties.</u>

    __    Co-Signed Unsecured Secured Appearance Bond

    _X_    Secured Appearance Bond

    _X_    (Other) <u>Conditions as stated on the record.</u>

    _X_    (Other) <u>The Defendant is to be released to the custody of the Pretrial Services Officer by 9:00 a.m. on July 1, 2019.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/28/2019  at 2:32 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge