**Jesse I. Santana (State Bar No. 132803)**
**Santana Carlos & Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00233-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| FIDEL GOMEZ, JR, | |
| Defendant. | |
| | Date: July 22, 2019 |
| | Time: 9:00 a.m. |
| | Hon. William B. Shubb |

### STIPULATION

1.      By previous order, this matter was set for status on July 22, 2019.

2.      By this stipulation, defendant moves to continue the status conference until September 3, 2019, and to exclude time between July 22, 2019, and September 3, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a.)      The government has produced the discovery associated with this case including, among other things, investigative reports, photographs, and video recordings. There is additional discovery that the government will be producing to the defense.

b.)      Counsel for defendant requests additional time to receive and analyze

further discovery, to conduct further investigation and research related to the charges, to discuss potential resolutions with defendant, and to prepare pretrial motions.

c.)     Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.)     The government does not object to the continuance.

e.)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2019 to September 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Rule T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: July 16, 2019                         __/s/ Jesse I. Santana_____
                                            JESSE I. SANTANA
                                            Attorney for Defendant
                                            Fidel Gomez, Jr.

Date: July 16, 2019                                    /s/ Cameron Desmond
                                                  Cameron Desmond
                                                  Assistant United States Attorney

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  July 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE