**Jesse I. Santana (State Bar No. 132803)**
**Santana Carlos & Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>Defendant. | Case No.: 2:18-CR-00233-WBS<br><br>DEFENDANT FIDEL GOMEZ, JR'S EXPARTE APPLICATION FOR BRIEF EXTENSION OF HIS CURFEW ON SEPTEMBER 10, 2019 UNTIL 8:30 P.M. SO HE CAN ATTEND HIS LONG-TIME FRIEND'S ROSARY IN SACRAMENTO; AND PROPOSED ORDER<br><br>Hon. Magistrate Allison Claire |

Defendant Fidel Gomez hereby requests that the Court grant a brief extension of his curfew on September 10, 2019 until 8:30 p.m so he can attend the rosary of long-time family friend Yecenia Gutierrez at East Lawn Funeral Home, 4300 Folsom Boulevard in Sacramento:

1. This case was filed on or about November 2, 2018. On June 28, 2019, the Honorable Magistrate Judge Edmund F. Brennan ordered that Mr. Gomez be released on a secured bond utilizing all available equity in three properties as

stated on the record. Mr. Gomez was ordered released to the custody of the Pretrial Services Officer on July 1, 2019.

2. Pretrial Services Officer Darryl Walker has informed Mr. Gomez's attorney that Mr. Gomez has been compliant with his release conditions and there have been no issues.

3. On September 4, 2019, Yecenia Gutierrez, a long-time family friend of Mr. Gomez, passed away. Ms. Gutierrez's rosary is on September 10, 2019 at 6:00 p.m. (at East Lawn Funeral Home, 4300 Folsom Boulevard in Sacramento) and her funeral service is on September 11, 2019 at 9:30 a.m. (at the Cathedral of the Blessed Sacrament, 1017 11th Street in Sacramento). Under Mr. Gomez's pretrial release conditions, his curfew is from 7:00 p.m. to 6:00 a.m. If he travels to Sacramento and attends the rosary, which will take about 40 to 50 minutes, he will not make it to his mother's house by 7:00 p.m. He does not want to be in violation of his pretrial release conditions.

4. Mr. Gomez is requesting that the Court grant him a brief extension of his curfew on September 10, 2019 until 8:30 p.m so he can attend Ms. Gutierrez's rosary at East Lawn Funeral Home, 4300 Folsom Boulevard in Sacramento.

5. Mr. Gomez understands that if the Court grants his request all conditions of the bond, including Pretrial Services supervision and special conditions of release shall remain in full force.

6. Mr. Walker, Mr. Gomez's Pretrial Services Officer, has no objection to the one time extension of Mr. Gomez's curfew. Mr. Walker has made clear that Mr. Gomez must provide proof of the rosary and that he was actually present at the rosary. Mr. Gomez's attorney has already provided Mr. Walker with a copy of the notice of Ms. Gutierrez's rosary and funeral. If the Court grants the brief extension of Mr. Gomez's curfew, Mr. Gomez will provide Mr. Walker with a pamphlet of his attendance at the rosary. Assistant United States Attorney Cameron Desmond does not object to the request.

Respectfully submitted,

Date: September 9, 2019.

/s/ Jesse I. Santana
Jesse I. Santana

Attorney for Defendant
Fidel Gomez, Jr.

## **~~PROPOSED~~ ORDER**

The Court hereby grants Defendant Fidel Gomez's request for a brief extension of his curfew on September 10, 2019 until 8:30 p.m so he can attend the rosary of Ms. Gutierrez at East Lawn Funeral Home, 4300 Folsom Boulevard in Sacramento.

IT IS SO ORDERED.

Dated: September 10, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE