**Jesse I. Santana (State Bar No. 132803)**
**Santana Carlos & Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>　　　　Defendant. | Case No.: 2:18-CR-00233-WBS<br><br>**DEFENDANT FIDEL GOMEZ, JR'S EX PARTE APPLICATION FOR PERMISSION TO TRAVEL FOR WORK TO PERRIS, CALIFORNIA ON DECEMBER 12, 2019 TO ATTEND RITCHIE BROS. AUCTIONEERS' VEHICLE AUCTION IN PERRIS ON DECEMBER 13 AND 14, 2019 TO PURCHASE WORK-RELATED VEHICLES FOR HIS EMPLOYER SUN COMMUNICATIONS INC.; AND ORDER** |

　　　　Defendant Fidel Gomez hereby requests that the Court grants him permission to travel for work to Perris, California on December 12, 2019 to attend Ritchie Bros. Auctioneers' (765 West Rider Street, Perris, California 92571 (telephone number (951) 940-9441)) vehicle auction on December 13 and 14, 2019 to purchase work-related vehicles for his employer Sun Communications Inc.:

1. This case was filed on or about November 2, 2018. On June 28, 2019, the Honorable Magistrate Judge Edmund F. Brennan ordered that Mr. Gomez be released on a secured bond utilizing all available equity in three properties as stated on the record. Mr. Gomez was ordered released to the custody of the Pretrial Services Officer on July 1, 2019.

2. Pretrial Services Officer Darryl Walker has informed Mr. Gomez's attorney that Mr. Gomez has been compliant with his release conditions and there have been no issues.

3. Mr. Gomez understands that if the Court grants his request all conditions of the bond, including Pretrial Services supervision and special conditions of release shall remain in full force.

4. Mr. Walker has informed Mr. Gomez's attorney that if the Court grants Mr. Gomez's ex parte application, Mr. Gomez will not be monitored for the period of time that he will be away from his home. Mr. Walker has made clear that Mr. Gomez must provide proof of the hotel where he will stay in Perris, California and that he was actually present at Ritchie Bros. Auctioneers on December 13 and 14, 2019. If the Court grants Mr. Gomez's ex parte application, Mr. Gomez will provide Mr. Walker with

proof of the hotel where he will stay in Perris, California and that he was actually present at Ritchie Bros. Auctioneers on December 13 and 14, 2019.

Respectfully submitted,

Date: December 5, 2019.
    /s/ Jesse I. Santana
Jesse I. Santana

Attorney for Defendant
Fidel Gomez, Jr.

# ORDER

The Court hereby grants Defendant Fidel Gomez's ex parte application for permission to travel for work to Perris, California on December 12, 2019 to attend Ritchie Bros. Auctioneers' (765 West Rider Street, Perris, California 92571 (telephone number (951) 940-9441)) vehicle auction on December 13 and 14, 2019 to purchase work-related vehicles for his employer Sun Communications Inc. Because Mr. Gomez will not be monitored for the period of time that he will be away from his home, Mr. Gomez must provide his Pretrial Services Officer with proof of the hotel where he will stay in Perris, California and that he was actually present at Ritchie Bros. Auctioneers on December 13 and 14, 2019.

IT IS SO ORDERED.

Dated: December 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE