Jesse I. Santana (State Bar No. 132803)
**Santana Carlos & Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00233-WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE: MODIFICATION OF FIDEL GOMEZ'S CURFEW UNDER HIS PRETRIAL CONDITIONS OF RELEASE |
| FIDEL GOMEZ, JR, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Cameron Desmond, and Defendant Fidel Gomez, through his attorney Jesse I. Santana, as follows:

The parties hereby stipulate that the terms of Defendant Fidel Gomez's curfew under his pretrial conditions of release be modified as follows:

"CURFEW: You must remain inside your residence every day from 9:00 P.M. to 5:00 A.M., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligation."

Respectfully submitted,

Date: January 9, 2020.    /s/ Jesse I. Santana
Jesse I. Santana

Attorney for Defendant
Fidel Gomez, Jr.


Date: January 9, 2020.    /s/ Cameron Desmond
CAMERON DESMOND

Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE