**Jesse I. Santana (State Bar No. 132803)**
**Santana Carlos & Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>Defendant. | Case No.: 2:18-CR-00233-WBS<br><br>STIPULATION AND ORDER RE: MODIFICATION OF FIDEL GOMEZ'S PRETRIAL CONDITIONS OF RELEASE TO ADD MENTAL HEALTH COUNSELING WHICH MR. GOMEZ IS REQUESTING |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Cameron Desmond, and Defendant Fidel Gomez, through his attorney Jesse I. Santana, as follows:

The parties stipulate that the terms of Defendant Fidel Gomez's pretrial conditions of release be modified to add mental health counseling which Mr. Gomez is requesting. The parties hereby stipulate that Mr. Gomez's pretrial conditions of release add the following condition:

"You must participate in a program of medical or psychiatric treatment,

including treatment for drug or alcohol dependency, as approved by the pretrial

1

services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Respectfully submitted,

Date: January 9, 2020.        /s/ Jesse I. Santana
Jesse I. Santana

Attorney for Defendant
Fidel Gomez, Jr.


Date: January 9, 2020.        /s/ Cameron Desmond
CAMERON DESMOND

Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE