McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00233-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| FIDEL GOMEZ, | DATE: March 9, 2020 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 9, 2020.

2. By this stipulation, defendant now moves to vacate the status conference and set this matter for a four-day jury trial to commence March 16, 2021 at 9:00 a.m., with a Trial Confirmation Hearing on February 8, 2021 at 9:00 a.m., and to exclude time between March 9, 2020 and March 16, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 1,200 documents, physical evidence seized from multiple properties, and several

///

video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to locate and interview witnesses to provide testimony regarding the defendant's whereabouts and actions during the relevant time period, inspect the physical evidence seized during the search, and conduct legal research into pre-trial motions and trial issues.

      c)      The government will conduct forensic analysis of electronic devices seized during the search.  Defense counsel will need additional time to review that evidence once produced.

      d)      Defense counsel currently has a criminal trials scheduled for April 3, 2020, May 1, 2020, May 29, 2020, June 18, 2020, July 10, 2020, and July 20, 2020.  Defense counsel also has a civil trial currently scheduled for July 2020 that is expected to be continued to October or November 2020.

      e)      Defense counsel has scheduled vacations in fall 2020 and December 2020.

      f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      g)      The government does not object to the continuance.

      h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2020 to March 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 5, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: March 5, 2020

/s/ Jesse Santana
Jesse Santana
Counsel for Defendant
FIDEL GOMEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE