**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Fidel Gomez, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FIDEL GOMEZ, JR.,<br>    Defendant. | No. 2:18-CR-0233 WBS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIDEL GOMEZ JR.'S EX PARTE APPLICATION FOR MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO REMOVE ELECTRONIC MONITORING (CURFEW) AND THIRD PARTY CUSTODIAN CONDITIONS** |

The Court hereby grants Defendant Fidel Gomez Jr.'s ex parte application for modification of pretrial conditions of release so that the Electronic Monitoring (Curfew) and the Third Party Custodian conditions are removed. All of the other pretrial conditions of release will remain in effect.

Dated: April 1, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE