**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>                    Defendant. | Case No.: 2:18-CR-00233-WBS<br><br><br>STIPULATION AND ORDER RE: MODIFICATION OF FIDEL GOMEZ'S PRETRIAL CONDITIONS OF RELEASE TO RESTRICT TRAVEL TO THE EASTERNDISTRICT OF CALIFORNIA AND NORTHERN DISTRICT OF CALIFORNIA UNLESSOTHERWISE APPROVED IN ADVANCE BY PRETRIAL SERVICES OFFICER CONDITIONS |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Cameron Desmond, and Defendant Fidel Gomez, through his attorney Jesse I. Santana, as follows:

Condition 6 of Mr. Gomez's pretrial conditions of release be modified so that it should read: "You must restrict your travel to the Eastern District of California and the Northern District

of California unless otherwise approved in advance by the pretrial services officer." All of the

other pretrial conditions of release will remain in effect.

Respectfully submitted,

Date: June 10, 2021.                              /s/ Jesse I. Santana
                                                 JESSE I. SANTANA

                                                 Attorney for Defendant
                                                 Fidel Gomez, Jr.

Date: June 15, 2021.                              /s/ Cameron Desmond
                                                 CAMERON DESMOND

                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

**Jesse I. Santana (State Bar No.  132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00233-WBS |
| Plaintiff, | |
| vs. | ORDER MODIFYING FIDEL GOMEZ'S PRETRIAL CONDITIONS OF RELEASE TO RESTRICT TRAVEL TO THE EASTERNDISTRICT OF CALIFORNIA AND NORTHERN DISTRICT OF CALIFORNIA UNLESSOTHERWISE APPROVED IN ADVANCE BY PRETRIAL SERVICES OFFICER |
| FIDEL GOMEZ, JR, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Defendant Fidel Gomez's pretrial conditions of

release are hereby modified so that Condition 6 reads: "You must restrict your travel to the

Eastern District of California and the Northern District of California unless otherwise approved

in advance by the pretrial services officer."  All of the other pretrial conditions of release will

remain in effect.

Dated:  June 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE