PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL GOMEZ, JR.,<br><br>Defendant. | CASE NO. 2:18-CR-00233-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 7, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a jury trial to begin October 5, 2021, with a trial confirmation hearing on September 6, 2021.

2. By this stipulation the defendant now moves to continue the trial to March 8, 2022 at 9:00 a.m., and to exclude time between October 5, 2021 and March 8, 2022, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). The parties expect the trial to last five court days.

3. The parties also request that a Trial Confirmation Hearing be scheduled for January 10, 2022 at 9:00 a.m.

4. The parties agree and stipulate, and request that the Court find the following:

///

a) The government has represented that the discovery associated with this case includes over 1,200 documents, physical evidence seized from multiple properties, and several video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to conduct independent factual investigation, locate and interview witnesses with testimony regarding the defendant's whereabouts and actions during the relevant time period, inspect the physical evidence seized during the search, and conduct legal research into pre-trial motions, trial issues, and sentencing issues.

c) During the week of September 13, 2021, defense counsel will be out of town moving his daughter into college.

d) From late October 2021 through early December 2021, defense counsel will be in a kidnap/murder trial that has been pending for around six years. Defense counsel estimates the jury will be deliberating through the first week of December. Defense counsel will be on sick leave the week following the trial.

e) Defense counsel has another trial scheduled to begin the week of December 14 that he estimates will take approximately 10 court days. After this jury trial, defense counsel will be on family vacation for a week.

f) Finally, defense counsel has a two-week jury trial scheduled to begin the second or third week of January 2022.

g) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h) The government does not object to the continuance.

i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

///

j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2021 to March 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 30, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ CAMERON L. DESMOND
                                CAMERON L. DESMOND
                                Assistant United States Attorney

Dated:  August 30, 2021         /s/ JESSE SANTANA
                                JESSE SANTANA
                                Counsel for Defendant
                                FIDEL GOMEZ, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3