```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  CAMERON L. DESMOND
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00233-WBS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER** |
| v. | DATE: January 10, 2022 |
| FIDEL GOMEZ, JR., | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows: By previous order, this case was set for a Trial on March 8, 2022, and for a Trial Confirmation Hearing (TCH) on January 10, 2022. By this stipulation, the parties request that the TCH be continued to **January 31, 2022**, **at 9:00 a.m**., and stipulate that such continuance is necessary to allow for ongoing discussions regarding resolution.

IT IS SO STIPULATED.

///
///
///
///
///

STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING

1

Dated:  January 5, 2022   PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　/s/ CAMERON L. DESMOND
　　　　　　　　　　　　　　CAMERON L. DESMOND
　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  January 5, 2022   /s/ JESSE SANTANA
　　　　　　　　　　　　　　JESSE SANTANA
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　FIDEL GOMEZ, JR.


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 5, 2022

　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE