PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00233-WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND SET EVIDENTIARY HEARING; ORDER |
| v. | DATE: May 23, 2022 |
| FIDEL GOMEZ, JR., | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows: By previous order, this case was set for Judgment and Sentencing on May 23, 2022. By this stipulation, the parties request that the

**[CONTINUED ON NEXT PAGE]**

Sentencing be continued to June 21, 2022, at 10:00 a.m. and that such Sentencing be conducted in-person to allow for the presentation of a government witness and exhibits.

IT IS SO STIPULATED.

Dated:  May 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated:  May 19, 2022

/s/ JESSE SANTANA
JESSE SANTANA
Counsel for Defendant
FIDEL GOMEZ, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE