PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>FIDEL GOMEZ, JR.,<br><br>                              Defendant. | CASE NO.  2:18-CR-233 WBS<br><br>ORDER AUTHORIZING DISCLOSURE OF GRAND JURY TESTIMONY |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to disclose to the defendant grand jury transcripts and accompanying exhibits related to this case to the extent those materials are discoverable pursuant to the United States' discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and/or the Jencks Act, 18 U.S.C. § 3500.

**IT IS SO ORDERED.**

Dated:   June 17, 2022
_____

_____
HON. TROY NUNLEY
United States District Judge