**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>        Defendant. | Case No.: 2:18-CR-00233-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br><br>Date:  August 29, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

## STIPULATION

By this stipulation, defendant and the government agree to move to continue the presently scheduled August 29, 2022 sentencing evidentiary hearing to September 19, 2022 at 10:00 a.m.  Jesse I. Santana, Mr. Gomez's attorney is presently involved in a double homicide murder trial in *People v. Ricardo Banuelos Villarreal*, Butte County Superior Court Case No. 21CF05906.  The *Banuelos Villarreal* case is scheduled to be in jury trial on August 29, 2022.

IT IS SO STIPULATED.

Date: July 26, 2022                              /s/ Jesse I. Santana
                                                 JESSE I. SANTANA
                                                 Attorney for Defendant
                                                 Fidel Gomez, Jr.

1

Date: July 26, 2022                    /s/ Cameron Desmond
                                       Cameron Desmond
                                       Assistant United States Attorney

ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE