**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Fidel Gomez, Jr

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIDEL GOMEZ, JR,<br><br>　　　　Defendant. | Case No.: 2:18-CR-00233-WBS<br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br><br>Date:  October 5, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

### STIPULATION

By this stipulation, defendant and the government agree to move to continue the presently scheduled October 5, 2022 sentencing hearing to December 12, 2022 because defendant Fidel Gomez, Jr. is presently ill and unable to be present in court.

IT IS SO STIPULATED.

Date: October 4, 2022　　　　　　　　　　　　　　　　　/s/ Jesse I. Santana
　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE I. SANTANA
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fidel Gomez, Jr.

Date: October 4, 2022　　　　　　　　　　　　　　　　　/s/ Cameron Desmond
　　　　　　　　　　　　　　　　　　　　　　　　　　　Cameron Desmond
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

## ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to **December 12, 2022, at 10:00 a.m.**.

Dated:  October 4, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE