**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Fidel Gomez Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>FIDEL GOMEZ, JR.,<br><br>    Defendant. | No. 2:18-CR-0233 WBS<br><br>**ORDER EXONERATING BOND AND RECONVEYANCE OF REAL PROPERTIES POSTED UNDER THE BOND** |

In the present case, Defendant Fidel Gomez was released from custody under a secured bond of all the available equity in the real property located at 8725 Roslyndale Avenue, Arleta, CA 91331 (APN # 2627-026-014) owned by Patricia Calderon and Julio Topete, the real property located at 1449 Silva Avenue, Newman, CA 96360 (APN# 026-056-012-000) owned by Oscar Ledezma and Maria P. Ledezma, and the real property located at 4585 Cooper Road, Acampo, CA 95220 (APN# 017-030-060-000) owned by Olimpia Ledezma. On December 13, 2022, Mr. Gomez was sentenced and surrendered to the Bureau of Prisons for service of his sentence on January 31, 2023. In light of Mr. Gomez's having made his court appearances, and Mr. Gomez having been sentenced and surrendered to the Bureau of Prisons, and good cause appearing:

IT IS HEREBY ORDERED THAT the bond secured by the above real property in this

1

case is exonerated.

IT IS FURTHER ORDERED THAT the real property located at 8725 Roslyndale Avenue, Arleta, CA 91331 (APN # 2627-026-014) owned by Patricia Calderon and Julio Topete, the real property located at 1449 Silva Avenue, Newman, CA 96360 (APN# 026-056-012-000) owned by Oscar Ledezma and Maria P. Ledezma, and the real property located at 4585 Cooper Road, Acampo, CA 95220 (APN# 017-030-060-000) owned by Olimpia Ledezma posted under the bond be reconveyed.

The Clerk is directed to release any liens filed against the real property located at 8725 Roslyndale Avenue, Arleta, CA 91331 (APN # 2627-026-014) owned by Patricia Calderon and Julio Topete, the real property located at 1449 Silva Avenue, Newman, CA 96360 (APN# 026-056-012-000) owned by Oscar Ledezma and Maria P. Ledezma, and the real property located at 4585 Cooper Road, Acampo, CA 95220 (APN# 017-030-060-000) owned by Olimpia Ledezma, and to reconvey the real property to the above owners.

Dated: February 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE