PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FIDEL GOMEZ, JR.,<br><br>  Defendant. | 2:18-CR-00233-WBS<br><br>FINAL ORDER OF FORFEITURE |

On or about March 4, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Fidel Gomez, Jr. forfeiting to the United States the following property:

a. Approximately $24,000.00 in U.S. Currency,
b. Approximately $12,878.00 in U.S. Currency,
c. Breitling Super Avenger Diamond Watch,
d. Approximately $9,521.09 in U.S. Currency in lieu of the 2016 Chevrolet Corvette, VIN: 1G1YU3D60G5613572, California License Number: 1B0SS76,
e. A sub *res* in the amount of $10,000.00 in lieu of the 2015 Ford F-150 Platinum Truck, VIN: 1FTEW1EG2FFA21762, No California License Number,
f. A sub *res* in the amount of $6,000.00 in lieu of the real property located at 608 Smitty Lane, West Point, California, Calaveras County, APN: 008-025-039,
g. Real property located at 4009 E. Emerson Rd., Acampo, California, San Joaquin County, APN: 005-390-54[1], and

---

[1] An incorrect APN of 005-390-54 was referenced in the Preliminary Order of Forfeiture. The correct APN is listed on page 2 and in Exhibit A.

1

1        h.    Real property located at 12989 E. Diamond Ln., Lodi, California, San Joaquin County, APN: 065-030-02.

Beginning on March 8, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

      a.    Miriam Ledezma: A notice letter was sent via certified mail to Miriam Ledezma (formerly Miriam K. Gomez) at 8248 Center Parkway, Apt. #74, Sacramento, CA 95823 on April 22, 2022.  The USPS.com Tracking Results confirm the notice letter was delivered on April 26, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Fidel Gomez, Jr., and Miriam Ledezma (formerly Miriam K. Gomez):

      a.    Approximately $24,000.00 in U.S. Currency, plus all accrued interest,
      b.    Approximately $12,878.00 in U.S. Currency, plus all accrued interest,
      c.    Breitling Super Avenger Diamond Watch,
      d.    Approximately $9,521.09 in U.S. Currency, plus all accrued interest, in lieu of the 2016 Chevrolet Corvette, VIN: 1G1YU3D60G5613572, California License Number: 1B0SS76,
      e.    A sub *res* in the amount of $10,000.00, plus all accrued interest, in lieu of the 2015 Ford F-150 Platinum Truck, VIN: 1FTEW1EG2FFA21762, No California License Number,
      f.    A sub *res* in the amount of $6,000.00, plus all accrued interest, in lieu of the real property located at 608 Smitty Lane, West Point, California, Calaveras County, APN: 008-025-039,
      g.    Real property located at 4009 E. Emerson Rd., Acampo, California, San Joaquin County, APN: 005-150-070-000, more fully described in Exhibit A attached hereto, and
      h.    Real property located at 12989 E. Diamond Ln., Lodi, California, San Joaquin County, APN: 065-030-020-000, more fully described in Exhibit B attached hereto.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  March 30, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Exhibit A**
Real property at 4009 E. Emerson Road, Acampo, California, San Joaquin County

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN AN UNINCORPORATED AREA, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 8, AS SHOWN ON THAT CERTAIN MAP ENTITLED, EMERSON ACRES, FILED FOR RECORD AUGUST 26, 1946 IN BOOK 11 OF MAPS AND PLATS, PAGE 117, SAN JOAQUIN COUNTY RECORDS.

APN: 005-150-070-000

**Exhibit B**
Real property at 12989 E. Diamond Ln., Lodi, California, San Joaquin County

The South 10 acres of the West 30 acres of the Northeast 1/4 of Section 19, Township 3 North, Range 8 East, Mount Diablo Base and Meridian.

Together with a non-exclusive easement over the East 50 feet of the North 20 acres of the West 30 acres of the Northeast 1/4 of Section 19, Township 3 North, Range 8 East, Mount Diablo Base and Meridian.

Note: The West 25 feet of the above easement has since been quitclaimed to Marion E. Townley and Lottie M. Townley, his wife as to an undivided 1/2 interest and Melvin D. Linkous and Linda M. Linkous, his wife as to an undivided 1/2 interest, by instrument recorded January 9, 1970 in Book 3363 of Official Records, page 605, San Joaquin County Records.

APN: 065-030-020-000