UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FIDEL GOMEZ,<br><br>            Defendant. | No. 2:18-cr-233 WBS<br><br><br>ORDER |

----oo0oo----

The court has received a pro se motion from defendant asking for a recommendation that the Bureau of Prisons designate a halfway house as his place of confinement pursuant to 18 U.S.C. §§ 3621(b) and 3624(c).  (Docket No. 144.)  First, the court notes that defendant is represented by counsel, who filed a notice of appearance in this action on February 16, 2024.  (Docket No. 143.)  Accordingly, this motion should come from his attorney.  Moreover, at the time of imposition of sentence, the court recommended that defendant be incarcerated at the facility in Lompoc, California and participate in the 500-Hour Bureau of

1

Prisons Substance Abuse Treatment Program, insofar as those recommendations were consistent with security classification and space availability.  (Docket No. 132.)  The court makes no further recommendations as to place or conditions of confinement at this time.

        IT IS THEREFORE ORDERED that defendant's pro se motion for judicial recommendation for maximum amount of halfway house time (Docket No. 144) be, and the same hereby is, DENIED.

Dated:  July 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE