UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FIDEL GOMEZ GARCIA, JR.

Defendant.

Case No.: 2:18-cr-00233-WBS

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Dept.: 24

Judge: Hon. William B. Shubb

The Court, having considered Michael J. Sebba's motion for leave to withdraw as counsel for Defendant Fidel Gomez Garcia, Jr., and the supporting declaration, and having confirmed that said defendant is represented by other counsel in this action, ORDERS:

1. The motion is GRANTED, effective immediately.
2. Upon the effective date of withdrawal, Michael J. Sebba is relieved as counsel of record for Defendant Fidel Gomez Garcia, Jr. The Clerk shall terminate his designation as counsel of record and remove him from the electronic service list.
3. This Order does not alter any scheduled appearance or deadline, absent further order of the Court.

IT IS SO ORDERED.

Dated: November 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE